```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE J. GRUBE                :    CIVIL ACTION
                               :
     v.                        :
                               :
CAROLYN W. COLVIN              :    NO. 12-5480
```

<u>ORDER</u>

AND NOW, this 16th day of October, 2014, upon consideration of the administrative record, the Plaintiff's Brief and Statement of Issues in Support of Request for Review, the defendant's response thereto, and after review of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Brief and Statement of Issues in Support of Request for Review is DENIED;
3. Judgment is entered in favor of the defendant and against the plaintiff.

The Clerk of Court is hereby directed to mark this case CLOSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.